# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| BUCKHOLTS STATE BANK, SUSSER BANK, AND CIERA BANK, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*<br><br>V.<br><br>NAVY FEDERAL CREDIT UNION<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 1-25-cv-00052<br>§<br>§<br>§<br>§<br>§ |

## PLAINTIFFS' AND DEFENDANT'S JOINT MOTION TO STAY THE SCHEDULING ORDER DEADLINES

Plaintiffs Buckholts State Bank, Susser Bank, and Ciera Bank ("Plaintiffs") and Defendant Navy Federal Credit Union ("NFCU") (collectively, the "Parties") jointly move the Court to stay all deadlines in the **Agreed Scheduling Order** (Dkt. 25) until the Court rules on NFCU's pending Motion to Dismiss and Motion to Strike Class Allegations (Dkt. 26). In support thereof, the Parties state as follows:

### RELEVANT FACTUAL & PROCEDURAL BACKGROUND

1. The Parties submitted their Joint Federal Rule Of Civil Procedure 26 Report on May 29, 2025, including agreement on a stay of discovery until after NFCU's anticipated Motion to Dismiss and Strike are resolved. (Dkt. 20).

2. The Court entered an Agreed Scheduling Order on June 3, 2025 (Dkt. 25), setting various deadlines.

3. NFCU filed its Motion to Dismiss Plaintiffs' Second Amended Complaint and Motion to Strike Class Allegations on June 30, 2025 (Dkt. 26). Plaintiffs filed their Response to this Motion on August 6th. (Dkt. 31). NFCU's Reply was filed on September 5th. (Dkt. 33).

1

4. On October 3, 2025, the Court referred NFCU's Motion to Dismiss Plaintiffs' Second Amended Complaint and Motion to Strike Class Allegations, Plaintiffs' Response, and NFCU's Reply to U.S. Magistrate Judge Mark Lane for a report and recommendation. *See* Oct. 3, 2025 Text Order; 28 U.S.C. § 636(b)(1)(B).

5. The Parties have met and conferred regarding the immediate next deadline on the Scheduling Order, which is a "report on alternative dispute resolution in compliance with Local Rule CV-88 shall be filed on or before December 16, 2025", as well as the subsequent deadlines.

## ARGUMENT AND AUTHORITIES

6. In the Fifth Circuit, district courts routinely stay discovery while a motion to dismiss a complaint is pending. *See, e.g., Southstar Bank, S.S.B. v. JPMorgan Chase Bank, N.A.,* No. 24-CV-4593, 2025 WL 2052310, at *3 (S.D. Tex. July 22, 2025) (denying the plaintiff's request "for discovery before the court decides the motion to dismiss"); *Elson v. Black,* 56 F.4th 1002, 1009 (5th Cir. 2023) (noting that, to proceed to discovery in a fraud case, plaintiffs must first satisfy Rule 9(b)'s specific pleading requirements).

7. Staying the current scheduling order deadlines promotes efficiency and avoids potentially unnecessary expense. *See generally* Fed. R. Civ. P. 1 ("These rules…should be construed…to secure the just, speedy, and inexpensive determination of every action and proceeding."). Because NFCU's Motion to Dismiss remains pending, staying all scheduling–order deadlines until the Court rules on the Motion is appropriate.

## PRAYER

8. For these reasons, Plaintiffs and Defendant respectfully pray that all deadlines in the Court's Agreed Scheduling Order (Dkt. 25) be stayed until the Court decides NFCU's Motion

to Dismiss Plaintiffs' Second Amended Complaint and Motion to Strike Class Allegations. *See* **Exhibit 1** (Proposed Order).

Dated: December 8, 2025                                    Respectfully submitted,

By: */s/ John Fabry*
    John R. Fabry, Texas Bar No. 06768480
    Morgan R. Ferrell
    Texas Bar No. 24132044
    Philip J. Koelsch
    Texas Bar No. 24110103


    **THE CARLSON LAW FIRM, P.C.**
    559 S. Interstate Hwy 35
    Suite 250
    Round Rock, TX 78664
    Telephone: (512) 671-7277
    jfabry@carlsonattorneys.com
    mferrell@carlsonattorneys.com
    pkoelsch@carlsonattorneys.com

    Amos L. Barton
    Texas Bar No. 24031847
    **BARTON LAW FIRM, PLLC**
    301 Junction Highway, Suite 100
    Kerrville, Texas 78028 Phone: (830) 257-7575 Fax: (830) 257-7580
    Amos@amosbarton.com

    William P. Huttenbach
    Texas Bar No. 24002330
    **CRAIN CATON & JAMES**
    1401 McKinney, Suite 1700
    Houston, Texas 77010
    (713) 658-2323 Main
    (713) 658-1921 Fax
    whuttenbach@craincaton.com

    *Attorneys for Plaintiffs and the Proposed Class*

    **AND**

    */s/ Mike Lyons*

        Andrew P. LeGrand
        Texas Bar No. 24070132
        ALeGrand@gibsondunn.com
        Mike Lyons
        Texas Bar No. 24071169
        MLyons@gibsondunn.com
        Emily Cardone
        Texas Bar No. 24116592
        ECardone@gibsondunn.com
        GIBSON, DUNN & CRUTCHER LLP
        2001 Ross Avenue, Suite 2100
        Dallas, TX 75201 Telephone:
        214.698.3100 Facsimile: 214.571.2900

        ***Attorneys for Defendant NFCU***

## CERTIFICATE OF SERVICE

    I hereby certify that on December 8, 2025, the foregoing document was electronically filed and served electronically on all counsel of record using the Court's electronic filing (CM/ECF) system.

        */s/ John Fabry*
        John R. Fabry