# **EXHIBIT 1**

Plaintiffs' and Defendant's Joint Motion to Stay the Scheduling Order Deadlines

# (Proposed Order)

### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION

| | |
|---|---|
| BUCKHOLTS STATE BANK, SUSSER BANK, AND CIERA BANK, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*<br><br>V.<br><br>NAVY FEDERAL CREDIT UNION<br><br>*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§ Case No. 1-25-cv-00052<br>§<br>§<br>§<br>§<br>§ |

### [PROPOSED] ORDER ON PLAINTIFFS' AND DEFENDANT'S JOINT MOTION TO STAY THE SCHEDULING ORDER DEADLINES

Before the Court is the Joint Motion of Plaintiffs Buckholts State Bank, Susser Bank, and Ciera Bank ("Plaintiffs") and Defendant Navy Federal Credit Union ("NFCU") to stay all deadlines in the Agreed Scheduling Order (Dkt. 25) until the Court rules on NFCU's pending Motion to Dismiss and Motion to Strike Class Allegations (Dkt. 26). After considering the Motion and the applicable law, the Court concludes that the Joint Motion is **GRANTED**.

It is **SO ORDERED** that all deadlines in the Agreed Scheduling Order are stayed until the Court decides NFCU's Motion to Dismiss Plaintiffs' Second Amended Complaint and Motion to Strike Class Allegations.

Entered this ____ day of ____, 2025   _____

_____
The Hon. Robert Pitman
United States District Court Judge
Western District of Texas–Austin Division