**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS, AUSTIN DIVISION**

| | | |
|---|---|---|
| BUCKHOLTS STATE BANK, SUSSER BANK, AND CIERA BANK, on behalf of themselves and all others similarly situated, | § | |
| *Plaintiffs* | § | |
| V. | § | Case No. 1-25-cv-00052 |
| NAVY FEDERAL CREDIT UNION | § | |
| *Defendant.* | § | |

**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY**

Plaintiffs provide this Notice of Supplemental Authority to advise the Court of a recent comment by the Texas UCC Committee added to TX BUS & COM §§ 3.418, 4.208 and 4.301 regarding decision by the United States District Court for the Southern District of Texas in *Cadence Bank v. JPMorgan Chase, N.A., No. 4:23-cv-02678, 2024 WL 5358446 (S.D. Tex. Dec. 5, 2024) report and recommendation adopted by* No. CV H-23-2678, 2025 WL 307463 (S.D. Tex. Jan. 27, 2025) and *SouthStar Bank, S.S.B. v. JPMorgan Chase Bank, N.A., No. 24-CV-4593, 2025 WL 2052310 (S.D. Tex. July 22, 2025)* attached hereto as Exhibit A. This comment addresses issues relevant to questions presently pending in this matter such as the effect of final payment under TX BUS & COM § 4.215 on an action to recover the collected amount remaining the fraudster's account at the depositary bank.

Dated: January 12, 2026

Respectfully submitted,

By: */s/John R. Fabry*

John R. Fabry, Texas Bar No. 06768480
Morgan R. Ferrell
Texas Bar No. 24132044
Philip J. Koelsch
Texas Bar No. 24110103

**THE CARLSON LAW FIRM, P.C.**
559 S. Interstate Hwy 35
Suite 250
Round Rock, TX 78664
Telephone: (512) 671-7277
jfabry@carlsonattorneys.com
mferrell@carlsonattorneys.com
pkoelsch@carlsonattorneys.com

Amos L. Barton
Texas Bar No. 24031847
**BARTON LAW FIRM, PLLC**
301 Junction Highway, Suite 100
Kerrville, Texas 78028
Phone: (830) 257-7575
Fax: (830) 257-7580
Amos@amosbarton.com

William P. Huttenbach
Texas Bar No. 24002330
**CRAIN CATON & JAMES**
1401 McKinney, Suite 1700
Houston, Texas 77010
(713) 658-2323 Main
(713) 658-1921 Fax
whuttenbach@craincaton.com

***Attorneys for Plaintiffs and the Proposed Class***

## CERTIFICATE OF SERVICE

I, John R. Fabry, certify under penalty of perjury that on January 12, 2026 a copy of the foregoing was filed electronically and served electronically to all parties by operation of the Court's electronic filing system.

By: /s/ *John Fabry*
John Fabry