# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS AUSTIN DIVISION

| | |
|---|---|
| BUCKHOLTS STATE BANK, SUSSER BANK, AND CIERA BANK, on behalf of themselves and all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>NAVY FEDERAL CREDIT UNION,<br><br>*Defendant*. | Case No. 1:25-cv-00052 |

## JOINT STIPULATED MOTION REGARDING MOTION TO DISMISS AND MOTION TO STRIKE CLASS ALLEGATIONS BRIEFING

Plaintiffs Buckholts State Bank, Susser Bank, and Ciera Bank ("Plaintiffs") and Defendant Navy Federal Credit Union ("Defendant") (together, the "Parties"), by and through their undersigned attorneys, respectfully and jointly move the Court to enter an order adopting the Parties' proposal regarding the Parties' Motion to Dismiss and Motion to Strike Class Allegations briefing.

1. On January 10, 2025, Plaintiff Buckholts State Bank filed its Complaint, asserting a putative class action against Defendant. ECF 1.

2. On April 25, 2025, Plaintiffs Buckholts State Bank and Susser Bank filed a First Amended Complaint against Defendant. ECF 13.

3. On June 2, 2025, Plaintiffs filed a Second Amended Complaint against Defendant. ECF 23.

4. On June 30, 2025, Defendant filed a Motion to Dismiss and Motion to Strike Class Allegations. ECF 26.

5. On August 6, 2025, Plaintiffs filed a Response to Motion to Dismiss and Motion to Strike Class Allegations. ECF 31.

1

6. On September 5, 2025, Defendant filed a Reply in Support of Motion to Dismiss and Motion to Strike Class Allegations. ECF 33.

7. On January 22, 2026, the Court ordered Plaintiffs "to either file supplemental briefing clarifying which state's laws applies to each of its claims or an amended complaint clarifying the factual basis for their claims and the state laws they are asserting no later than 5 p.m. on February 6, 2026." ECF 38. The Court further ordered that, "[if] Plaintiffs file supplemental briefing, Defendants may file a responsive supplemental brief no later than February 10, 2026." ECF 38.

8. On February 6, 2026, Plaintiffs filed both a Third Amended Complaint and a supplemental brief. ECF 39; ECF 40.

9. On February 6, 2026, Defendant filed an unopposed motion for extension of time to respond to Plaintiffs' Third Amended Complaint and supplemental brief. ECF 41.

10. On February 9, 2026, the Court granted Defendant's unopposed motion for extension of time and ordered Defendant respond to Plaintiffs' Third Amended Complaint and supplemental brief on or before February 27, 2026. The Court further entered an order mooting Defendant's Motion to Dismiss and Motion to Strike Class Allegations, ECF 26, in light of Plaintiff's Third Amended Complaint, ECF 39.

11. In the interest of judicial economy and conservation of the Parties' resources, the Parties have agreed to the following: 1) Defendant will re-urge its previously filed motion to dismiss and motion to strike class allegations, Ex. A (ECF 26), and the reply in support, Ex. C (ECF 33); 2) Plaintiffs will stand on their response, Ex. B (ECF 31), and supplemental brief, ECF 40; and 3) Defendant will file a supplemental brief by February 27, 2026 to address the variances

between the Second Amended Complaint and the Third Amended Complaint as well as Plaintiffs' supplemental choice-of-law brief.

12. Accordingly, the Parties respectfully request that the Court permit the Parties to re-urge their prior briefing on Defendant's motion to dismiss and motion to strike class allegations, consider the arguments contained therein as applied to the Third Amended Complaint, and consider Defendant's forthcoming arguments regarding Plaintiffs' supplemental brief.

Dated: February 13, 2026

Respectfully submitted,

*/s/ Andrew LeGrand*
Andrew LeGrand
  Texas Bar No. 24070132
GIBSON, DUNN & CRUTCHER LLP
2001 Ross Avenue, Suite 2100
Dallas, TX  75201
Telephone:  214.698.3100
Facsimile:  214.571.2900
Email:  alegrand@gibsondunn.com

*Attorney for Defendant,*
*Navy Federal Credit Union*

*/s/ John R. Fabry by permission*
John R. Fabry
  Texas Bar No. 06768480
THE CARLSON LAW FIRM, P.C.
559 S. Interstate Hwy 35, Suite 250
Round Rock, TX  78664
Telephone:  512.671.7277
Facsimile: 512.238.0275
jfabry@carlsonattorneys.com

*Attorney for Plaintiffs*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7, the undersigned hereby certify that counsel for Plaintiffs and counsel for Defendant have conferred and move jointly for the relief requested herein.

| | |
|---|---|
| /s/ *John R. Fabry by permission* <br> John R. Fabry | /s/ *Andrew LeGrand* <br> Andrew LeGrand |
| COUNSEL FOR PLAINTIFFS | COUNSEL FOR DEFENDANT |

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2026, the foregoing document was electronically filed and served on all counsel of record using the Court's CM/ECF system.

/s/ *Andrew LeGrand*
Andrew LeGrand